UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-          #15 Cr 476 (JFK)

       Bonifacio

------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-2-22

The VOSR Conference, set for June 8, 2022 at 11:15 a.m., will be handled by Judge Preska in Courtroom 12-A, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: New York, New York

6-2-22

_____
JOHN F. KEENAN
United States District Judge