UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                    U.S.A.
                                          :
                    -V-                   :              #15 Cr 476 (JFK)
                                          :
              Bonifacio                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

HON. JOHN F. KEENAN, DISTRICT JUDGE:

The C.J.A. attorney assigned to receive cases on this day, <u>Jeremy Schneider</u> is hereby
ordered to assume representation of the defendant in the above captioned matter.

<br>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  6-8-22

SO ORDERED.

Dated:   New York, New York
         June 8, 2022

                            John F. Keenan
                    JOHN F. KEENAN
              United States District Judge