UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-                                     #15 Cr 476 (JFK)

        Bonifacio

------------------------------X

The VOSR Conference, set for Tuesday, July 19, 2022, has been rescheduled from 11:15 a.m. to **12:30 pm** in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

7-13-22

*(signed)* JOHN F. KEENAN
United States District Judge