

December 4, 2024

<u>*Via* ECF</u>
Hon. Jennifer Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Christopher Bonifacio,* 15-CR-476 (JLR)

Dear Judge Rochon:

      I am today's CJA attorney on duty and I appeared earlier today to represent Mr. Bonifacio for his presentment on alleged violations of supervised release. I write to inform the Court that I have conferred with Mr. Bonifacio's former counsel, Jeremy Schneider. Due to his upcoming scheduling conflicts, Mr. Schneider joins me in requesting that the Court appoint me as CJA counsel for Mr. Bonifacio in this matter.

      Thank you for your consideration of this request.

                       Respectfully submitted,

                       /s/

                       Aaron Mysliwiec, Esq.
                       *CJA Counsel*

      cc.:    All parties of record, *via* ECF

The request to appoint Aaron Mysliwiec as CJA counsel for Mr. Bonifacio in this matter is GRANTED. Mr. Schneider is relieved as counsel for Mr. Bonifacio.

Dated: December 5, 2024
       New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

**Miedel & Mysliwiec LLP**
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com