**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 24, 2025

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> Letter Motion GRANTED. The revocation of supervised release hearing is adjourned from April 29, 2025 to **June 18, 2025 at 12:30 p.m.**
>
> Dated: April 24, 2025
> New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   *United States v. Bonifacio*, 15 Cr. 476 (JLR)

Dear Judge Rochon:

      The parties jointly write to request a further adjournment of the violation of supervised release conference in this matter, currently scheduled for April 29, 2025. The Government has learned that the state criminal charges against the defendant, Christopher Bonifacio, remain pending in several jurisdictions, with future court appearances scheduled through at least approximately May 28, 2025. The defendant's state criminal charges relate to multiple pending supervised release violations against him. As a result, the parties respectfully request an adjournment of approximately six weeks, pending further state court proceedings and the potential resolution of the defendant's state charges. The requested adjournment would permit the defendant to appear in state court as scheduled and assist the parties in continuing to discuss the potential for a disposition in this matter. Subject to the Court's availability, the parties respectfully propose a date on or after June 16, 2025 for the next conference in this matter.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney

by: **s/ Kimberly J. Ravener**
     Kimberly J. Ravener
     Assistant United States Attorney
     (212) 637-2358

cc:   Aaron Mysliwiec, Esq.