

May 5, 2025

**<u>Via</u> ECF**
Hon. Jennifer Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Letter Motion GRANTED. The revocation of supervised release hearing is rescheduled to **9:30 a.m.** on June 18, 2025.

Dated: May 6, 2025
　　　　New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

   **Re:**   *United States v. Christopher Bonifacio,* **15-CR-476 (JLR)**

Dear Judge Rochon:

  I represent Mr. Bonifacio in the above-captioned case. On April 25, 2025, the Court adjourned the next court date in this matter to June 18, 2025, at 12:30 P.M. I write to request a slight adjustment to the date or time of that appearance to accommodate the defense's schedule.

  I have a sentencing in front of Judge Jessica G.L. Clarke in *United States v. Derrick Hodge*, 23-CR-644, scheduled for 12:00 P.M. on June 18, 2025. Accordingly, I respectfully request that the Court move the appearance to earlier in the day on June 18, 2025 (e.g., 10:00 A.M.) to accommodate both appearances. I am scheduled to leave later on June 18, 2025, for an international trip and, therefore, am not available to do an afternoon appearance on that day. A possible alternative date is any time before 4:00 P.M. on June 24, 2025.

  I have conferred with the government, through AUSA Kimbery Ravener, who confirmed the government is available both the morning of June 18, 2025, and on June 24, 2025.

  Thank you for your consideration of this request.

                Respectfully submitted,

                /s/

                Aaron Mysliwiec, Esq.
                *Counsel for Christopher Bonifacio*

cc.:   All parties of record, *via* ECF

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com