

July 25, 2025

<u>*Via* **ECF**</u>
Hon. Jennifer Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Letter Motion GRANTED.  The preliminary revocation hearing is adjourned from July 30, 2025 to **September 24, 2025 at 10:00 a.m.**

Dated: July 25, 2025
      New York, New York

> **Re:**    ***United States v. Christopher Bonifacio*, 15-CR-476 (JLR)**

Dear Judge Rochon:

      I represent Mr. Bonifacio in the above-referenced case. Mr. Bonifacio's next appearance before this Court is scheduled for July 30, 2025. I write to respectfully request an adjournment to September 12, 2025 or a date thereafter that is convenient for the Court.

      The reason for this request is that based on conversations with his other attorneys, my understanding is that Mr. Bonifacio has pending cases remaining in Westchester County and Bronx County. The next appearances are August 21st and September 10th, respectively. The Parties will be in a better position to discuss a proposed resolution of Mr. Bonifacio's VOSR issues after the next court dates in his state court proceedings.

      I have conferred with the government, through AUSA Kimbery Ravener, who consents to this request for adjournment.

      Thank you for your consideration.

                    Respectfully submitted,

                        /s/

                    Aaron Mysliwiec, Esq.
                    *Counsel for Christopher Bonifacio*

cc.:    All parties of record, *via* ECF