

September 17, 2025

**<u>Via ECF</u>**
Hon. Jennifer Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Letter Motion GRANTED. The VOSR hearing is adjourned from September 24, 2025 to **December 17, 2025 at 10:30 a.m.**

Date: September 17, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

    Re:    *United States v. Christopher Bonifacio,* 15-CR-476 (JLR)

Dear Judge Rochon:

    I represent Mr. Bonifacio in the above-captioned case. Mr. Bonifacio's next appearance is scheduled for Wednesday, September 24, 2025, at 10:00 A.M. I write with a request to adjourn that appearance to mid-December 2025.

    The reason for this request is as follows. Based on conversations with his other attorneys, my understanding is that Mr. Bonifacio has two pending cases remaining in state court. I believe he appeared in his Bronx County matter today, September 17, 2025, while the next appearance in his Westchester County matter is set for November 2025. Since these cases remain open and pending and the parties are waiting to see advancements before proceeding with any resolution in this matter, I respectfully request an adjournment of the VOSR to mid-December 2025, between 9:30 A.M. to 3:30 P.M. on December 17th or December 18th, or on another date that is convenient for the Court.

    I have conferred with the government, through AUSA Kimbery Ravener, who consents to this request for adjournment.

    Thank you for your consideration.

    Respectfully submitted,

    /s/

    Aaron Mysliwiec, Esq.
    *Counsel for Christopher Bonifacio*

cc.:    All parties of record, *via* ECF

---

**Miedel & Mysliwiec LLP**
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com