UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>CHRISTOPHER BONIFACIO,<br><br>Defendant | 15-cv-00476 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The revocation of supervised release hearing previously scheduled for December 17, 2025 is rescheduled to **December 23, 2025 at 11:00 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: October 27, 2025
      New York, New York

SO ORDERED.

_Jennifer Rochon_
JENNIFER L. ROCHON
United States District Judge