

December 17, 2025

*Via* **ECF**
Hon. Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Letter Motion GRANTED.  The preliminary revocation hearing is adjourned from December 23, 2025 to **January 20, 2026 at 12:30 p.m.**

Dated: December 17, 2025
    New York, New York

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Re:    *United States v. Christopher Bonifacio,* 15-CR-476 (JLR)

Dear Judge Rochon:

I represent Mr. Bonifacio in the above-captioned case. Mr. Bonifacio's next appearance is scheduled for next Tuesday, December 23, 2025. I write with a request to adjourn that appearance to any of the following dates or another date that is convenient for the Court:

- Tuesday, January 20, 2026 between 11:00 a.m. to 3:30 p.m.;
- Wednesday, January 21, 2026 between 12:00 p.m. to 5:00 p.m.; or,
- Friday, January 23, 2026 between 11:00 a.m. to 3:30 p.m.[1]

The reason for this request is as follows. Mr. Bonifacio has an open and pending case in Westchester County. I am respectfully requesting to adjourn Mr. Bonifacio's matter, in order to engage in conversations with the USAO about a potential resolution in this case, in light of the continuation of Mr. Bonifacio's state matter.

I have conferred with the government, through AUSA Kimbery Ravener, who consents to this request for adjournment.

Thank you for the Court's consideration of this request.

Respectfully submitted,

/s/

Aaron Mysliwiec, Esq.
*Counsel for Christopher Bonifacio*

cc:    All parties of record, *via* ECF

---

[1] If the Court prefers an alternative date, I have availability around the requested dates, except that I am not available January 22nd, 28th, and February 2-10, 2026.