July 9, 2026

***Via* ECF**
Hon. Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Letter Motion GRANTED. The violation of supervised release hearing is adjourned from July 16, 2026 to **August 11, 2026 at 12:00 p.m.**

Dated: July 9, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

**Re:** ***United States v. Christopher Bonifacio,* 15-CR-476 (JLR)**

Dear Judge Rochon,

I represent Mr. Bonifacio in the above-captioned case. Mr. Bonifacio has a violation of supervised release hearing scheduled for July 16th, 2026, at 2:30 P.M.

I write to respectfully request an adjournment of Mr. Bonifacio's hearing to August 7th, 2026, August 10th, 2026, or August 11th, 2026. At this time, Mr. Bonifacio's case in Westchester County remains open and pending, and I am respectfully requesting to adjourn this matter in order to continue engaging in conversations with the USAO about a potential resolution in this case.

I have conferred with the government, through AUSA Kimbery Ravener, who consents to this request for adjournment and is available on the proposed dates.

Thank you for the Court's consideration.

Respectfully submitted,

/s/

Aaron Mysliwiec
*Attorney for Christopher Bonifacio*

cc: AUSA Kimberly Ravener (via ECF)