**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 21, 2026

Letter Motion GRANTED. The violation of supervised release hearing is adjourned from September 23, 2026 to **October 6, 2026 at 3:00 p.m.**

Dated: September 21, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: *United States v. Bonifacio*, 15 Cr. 476 (JLR)**

Dear Judge Rochon:

Based on the availability of the Probation Department, the Government respectfully writes to request that the Court reschedule the violation of supervised release conference in this matter, currently scheduled for September 23, 2026. The requested adjournment would permit the parties to continue to discuss the potential for a disposition in this matter, which relates to multiple alleged violations of supervised release stemming in significant part from state charges in several jurisdictions, and allow the participation of the assigned Probation Officer at the conference. Based on the parties and the Court's availability, the parties respectfully propose October 6, 2026, at 3:00 p.m. for the next conference in this matter.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: **s/ Kimberly J. Ravener**
Kimberly J. Ravener
Assistant United States Attorney
(212) 637-2358

cc: Aaron Mysliwiec, Esq.